BLAISE & NITSCHKE, P.C.
HEATHER L. BLAISE, ESQ. (SBN 261619)
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Telephone: (312) 448-6602
Email: hblaise@blaisenitschkelaw.com

Attorneys for Plaintiff,
MICHAEL KELCEY FISHER

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL KELCEY FISHER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RIP CURL, INC., a California corporation; CRISTOBAL COLON S.R.L., an Argentina limited liability company; and DOES 1-10,<br><br>Defendants. | CASE NO: 8:21-cv-01880 JVS (DFMx)<br>*Assigned to the Hon. James V. Selna*<br><br>**STIPULATED ORDER OF DISMISSAL**<br><br>Action Filed:   November 16, 2021 |

This cause coming to be heard by request of Plaintiff, pursuant to settlement between all parties, and the Court being fully advised on the premises,

**IT IS HEREBY ORDERED THAT:**

1.  The above-captioned cause in its entirety as to all Defendants is hereby DISMISSED WITH PREJUDICE pursuant to the settlement agreement between the parties dated February 16, 2022; and

2. Each party to the settlement agreement shall be responsible for its own costs and attorneys' fees in connection with the above-captioned cause.

**IT IS SO ORDERED.**

Dated: February 28, 2022    By: _____
The Honorable James V. Selna

Prepared by:
BLAISE & NITSCHKE, P.C.
*Attorneys for Plaintiff*
*Michael Kelcey Fisher*